### FITZPATRICK *v.* THE STATE.

ATKINSON, J.  The evidence was sufficient to support the verdict.  The assignments of error based on the refusal to rule out certain testimony, and on certain excerpts from the charge of the court, do not present novel questions, nor are they sufficient to require a new trial.

*Judgment affirmed.    All the Justices concur, except Fish, C. J., absent.*

No. 93.    NOVEMBER 17, 1917.

Indictment for murder.    Before Judge Kent.    Laurens superior court.    December 22, 1916.

*W. A. Dampier* and *John R. Cooper,* for. plaintiff in error.

*Clifford Walker,* attorney-general, *E. L. Stephens,* solicitor-general, and *M. C. Bennet,* contra.